**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| IN RE EBIX, INC. DERIVATIVE LITIGATION | : : : : | File No. 1:13-CV-62 (RWS) |

## [~~PROPOSED~~] CONSENT ORDER

WHEREAS, the above-styled consolidated action names as defendants Ebix, Inc. ("Ebix" or the "Company"), Pavan Bhalla, Hans U. Benz, Hans Ueli Keller, Neil D. Eckert, Rolf Herter, Robin Raina, and Robert Kerris (collectively, the "Defendants");

WHEREAS, on April 12, 2013, the Court entered an Order [ECF No. 18] that, among other things, (1) consolidated the actions styled Spagnola v. Bhalla, et al., Civil Action File No. 1:13-CV-62 (RWS), and Hotels Trades Council and Hotel Association of New York City, Inc. Pension Fund v. Raina, et al., Civil Action File No. 1:13-CV-246 (RWS) (the "Hotels Derivative Action"); (2) appointed Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund as Lead Derivative Plaintiff; (3) appointed the law firm Cohen Milstein Sellers & Toll PLLC as Lead Derivative Counsel; and (4) appointed The Law Offices of David A. Bain LLC as Liaison Counsel;

WHEREAS, on March 22, 2013, the Court had previously entered an Order in the Hotels Derivative Action [ECF No. 26] that, among other things, instructed the parties to meet and confer regarding future case scheduling following the entry of the Court's April 12, 2013, Order;

WHEREAS, the parties did, in fact, meet and confer by telephone on several occasions following the entry of the Court's April 12, 2013, Order;

WHEREAS, pursuant to those discussions, on May 20, 2013, the Lead Derivative Plaintiff filed its Consolidated Shareholder Derivative and Class Action Complaint [ECF No. 20] ("CC");

WHEREAS, the deadline has not yet passed for the Defendants to move, answer, or otherwise respond to the CC;

WHEREAS, the CC contains allegations related to the May 1, 2013, announcement concerning a transaction that will result in the potential sale of Ebix;

WHEREAS, Lead Derivative Plaintiff may file an Amended Consolidated Shareholder Derivative and Class Action Complaint ("ACC") following the filing of the preliminary proxy with the Securities and Exchange Commission ("SEC") related to the transaction announced on May 1, 2013;

WHEREAS, the parties have agreed, as evidenced by the signatures of their counsel below;

IT IS HEREBY ORDERED as follows:

1.  Within 14 days after the preliminary proxy is filed with the SEC, Lead Derivative Plaintiff shall either (a) file an ACC or (b) notify counsel for Defendants in writing that it does not intend to file an ACC.

2.  If Lead Derivative Plaintiff files an ACC pursuant to paragraph 1 hereof, Defendants shall have 30 days after service of the ACC to move, answer, or otherwise respond to the ACC.

3.  If Lead Derivative Plaintiff does not file an ACC, Defendants shall move, answer, or otherwise respond to the CC within 30 days after notification by Lead Derivative Plaintiff that it does not intend to file an ACC.

4.  All of Defendants' defenses and objections to the allegations in the CC, including, among others, the failure of the Lead Derivative Plaintiff to make a pre-suit demand on Ebix's Board of Directors are hereby affirmatively preserved.

5.  All of Lead Derivative Plaintiff's rights are hereby affirmatively preserved, including, but not limited, to the right to move for expedited discovery and related relief.

SO ORDERED, this 31st day of _May_____, 2013

THE HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

CONSENTED TO:

**LAW OFFICES OF DAVID A. BAIN, LLC**
/s/ David A. Bain_____
DAVID A. BAIN
Georgia Bar No. 032449
1050 Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309
Tel: (404) 724-9990
Fax: (404) 724-9986

*Liaison Counsel*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
/s/ Richard A. Speirs_____
CHRISTOPHER LOMETTI
RICHARD A. SPEIRS
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
DANIEL SOMMERS

ELIZABETH ANISKEVICH
1100 New York Avenue
Suite 500 West
Washington, DC 20005

*Lead Derivative Counsel*

**ALSTON & BIRD LLP**
/s/ John A. Jordak, Jr.
JOHN A. JORDAK, JR.
Georgia Bar No. 404250
TODD. F. CHATHAM
Georgia Bar No. 196328
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-7868
Fax: (404) 253-8358

*Counsel for Defendants*